**UNITED STATES of America, Plaintiff–Appellee**

v.

**Jose LOPEZ–SOLIS, also known as Jose Luis Lopez, Defendant–Appellant.**

No. 07–51091
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 11, 2009.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Richard E. Mattersdorff, El Paso, TX, for Defendant–Appellant.

Before REAVLEY, JOLLY, and OWEN, Circuit Judges.

PER CURIAM: *

Jose Lopez–Solis pleaded guilty to illegal reentry after deportation. On appeal, Lopez–Solis challenges the district court's

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

characterization of his prior Texas conviction of unauthorized use of a motor vehicle as an aggravated felony for sentencing purposes. The Supreme Court recently modified the interpretive framework for determining crimes of violence in *Begay v. United States,* —— U.S. ——, 128 S.Ct. 1581, 170 L.Ed.2d 490 (2008), and *Chambers v. United States,* —— U.S. ——, 129 S.Ct. 687, 172 L.Ed.2d 484 (2009), to require purposeful violent and aggressive conduct as an essential element of a crime of violence. As unauthorized use of a motor vehicle does not have such conduct as an essential element, Lopez–Solis's sentence is based on a procedural error and is VACATED. The case is REMANDED for resentencing.

The Government's motion filed January 17, 2008 is now moot.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.